**No. P68/173.**—Kent International, Inc. v. United States, protest 65/7218 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of connecting links of not more than 2-inch pitch, containing more than three parts per pitch, valued at 40 cents or more per pound, similar in all material

respects to those the subject of *Oxford International Corp.* v. *United States* (57 Cust. Ct. 125, C.D. 2740), the claim of the plaintiff was sustained.